[No. 8727–4–I.   Division One.   August 3, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. MICKEY BENJAMIN JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 75847, Francis E. Holman, J., entered April 10, 1980. *Affirmed* by unpublished opinion per Williams, J., concurred in by Callow and Corbett, JJ.

[No. 8794–1–I.   Division One.   August 3, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM GENE SCRIBNER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79–1–01470–9, H. Joseph Coleman, J., entered April 21, 1980. *Affirmed* by unpublished opinion per Williams, J., concurred in by Callow and Corbett, JJ.

[No. 8821–1–I.   Division One.   August 3, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. BENJAMIN KIN NG, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–8–00736–1, Anthony P. Wartnik, J., entered April 30, 1980. *Affirmed* by unpublished opinion per James, C.J., concurred in by Callow and Andersen, JJ.